Form ntcdsm

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

Case No.: 17–22166
Chapter: 13
Judge: Janet S. Baer

In Re:
   Marla Gatta
   424 Lindsay Lane
   West Dundee, IL 60118

Social Security / Individual Taxpayer ID No.:
   xxx–xx–5248

Employer Tax ID / Other nos.:

---

### NOTICE OF DISMISSAL

You are hereby notified that an Order Dismissing the above case was entered on September 28, 2018

FOR THE COURT

Dated: October 1, 2018
                                          Jeffrey P. Allsteadt , Clerk
                                          United States Bankruptcy Court